UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA KATUMBUSI, | No.  2:15-cv-1046 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff states she receives no wages, has no other sources of income, and has no assets other than fifteen dollars in her bank account and a 2000 Ford Taurus.  In the complaint, plaintiff alleges that she maintains a family of five children.  The declaration that plaintiff receives no sources of income appears to be incredible in light of the allegations in the complaint.  Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of her request to proceed in forma pauperis on the

/////

1

1 | form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply
2 | with this order will result in a recommendation that this action be dismissed; and
3 |          2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
4 | Forma Pauperis.

Dated:  May 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 katumbusi1046.inc

2